IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF CHARLES W. JOHNSTON, ATTORNEY REGISTRATION NUMBER 15621, A MEMBER OF THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA | ) ) ) ) No. 2:23-mc-534 ) ) ) ) |

**FILED**
6/7/2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

### ORDER

WHEREAS this Court has been advised that Attorney Charles W. Johnston ("Attorney Johnston") was disbarred on consent from the Bar of the Commonwealth of Pennsylvania, by order of the Supreme Court of Pennsylvania dated March 8, 2023, effective 30 days from the date of the Order entered in Disciplinary Proceeding Number 111 DB 2022;

NOW THEREFORE IT IS HEREBY ORDERED that a Rule to Show Cause is issued to Attorney Johnston to show good cause why a reciprocal order of disbarment on consent should not be entered by the United States District Court for the Western District of Pennsylvania, returnable within thirty (30) days from the date of this order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to give notice of the entry of this order to Attorney Johnston via certified mail sent to the mailing address that he maintains with the Clerk of Court. Because this address is different from the address on record with the Pennsylvania Disciplinary Board, the Clerk of Court shall also send notice of the entry of this order to Attorney Johnston via first-class mail at that mailing address.

Date: May 25, 2023

Mark R. Hornak
Chief United States District Judge

CERTIFIED FROM THE RECORD
6/7/2023
Brandy S. Lonchena
Denee Breter
Deputy Clerk